| | |
|---|---|
| 1 | Stephen M. Doniger, SBN 179314 |
| | stephen@donigerlawfirm.com |
| 2 | Scott A. Burroughs, SBN. 235718 |
| | scott@donigerlawfirm.com |
| 3 | Annie Aboulian, SBN 280693 |
| | annie@donigerlawfirm.com |
| 4 | DONIGER/BURROUGHS APC |
| | 300 Corporate Pointe, Suite 355 |
| 5 | Culver City, CA  90230 |
| | Telephone:  (310) 590-1820 |
| 6 | Facsimile:  (310) 417-3538 |
| 7 | Attorneys for Plaintiff Color Me Mine Enterprises, Inc. |
| 8 | Lewis Anten, SBN 56459 |
| | Ivy Choderker, SBN 210612 |
| 9 | lewisanten@mindspring.com |
| | LEWIS ANTEN, A PROFESSIONAL CORP. |
| 10 | 16830 Ventura Boulevard, Suite 236 |
| | Encino, California 91436 |
| 11 | Telephone:  (818) 501-3535 |
| | Facsimile: (818) 501-4138 |
| 12 | |
| 13 | Attorneys for Defendants |
| | Southern States Marketing, Inc.; |
| | Peachtree Playthings, Inc.; |
| 14 | Peachtree Playthings (HK) Ltd.; |
| | Walgreen Co.; Michaels Stores, Inc.; Mary Maxim, Inc.; |
| 15 | Hobby Lobby Stores, Inc.; and Toys "R" Us, Inc. |
| 16 | Laura L. Chapman, SBN 167249 |
| | lchapman@foley.com |
| 17 | FOLEY & LARDNER LLP |
| | 555 California St., Suite 1700 |
| 18 | San Francisco, CA  94104-1520 |
| | Telephone: (415) 434-4484 |
| 19 | Facsimile:  (415) 434-4507 |
| 20 | Attorneys for Defendant Wal-Mart Stores, Inc. |

21  UNITED STATES DISTRICT COURT

22  FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 23 | COLOR ME MINE ENTERPRISES, INC., a California corporation, | CASE NO.: CV 12-00860 RGK (JCx) |
| 24 | | ORDER RE: STIPULATED PROTECTIVE ORDER WITH MODIFICATION |
| 25 | Plaintiff, | |
| 26 | vs. | Judge:   Hon. R. Gary Klausner |
| 27 | SOUTHERN STATES MARKETING, INC., a Georgia corporation, et al., | |

1

|   |   |
|---|---|
| Defendants. | Discovery Cutoff:  None Set<br>Motion Cutoff:     None Set<br>Trial Date:        None Set |

The Court having considered the parties' Stipulated Protective Order, and finding good cause therefor, the Court hereby GRANTS the parties' Stipulated Protective Order and enters the Protective Order with the following modification: Paragraph 5.2(b) is limited to deposition testimony and does not govern testimony given in other proceedings.

IT IS SO ORDERED this 25th day of September, 2012

_____/s/_____
Hon. Jacqueline Chooljian
United States Magistrate Judge