Stephen M. Doniger, SBN 179314
stephen@donigerlawfirm.com
Scott A. Burroughs, SBN. 235718
scott@donigerlawfirm.com
Annie Aboulian, SBN 280693
annie@donigerlawfirm.com
DONIGER/BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, CA  90230
Telephone:  (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff Color Me Mine Enterprises, Inc.

Lewis Anten, SBN 56459
Ivy Choderker, SBN 210612
lewisanten@mindspring.com
LEWIS ANTEN, A PROFESSIONAL CORP.
16830 Ventura Boulevard, Suite 236
Encino, California 91436
Telephone:  (818) 501-3535
Facsimile: (818) 501-4138

Attorneys for Defendants
Southern States Marketing, Inc.;
Peachtree Playthings, Inc.;
Peachtree Playthings (HK) Ltd.;
Walgreen Co.; Michaels Stores, Inc.; Mary Maxim, Inc.;
Hobby Lobby Stores, Inc.; and Toys "R" Us, Inc.

Laura L. Chapman, SBN 167249
lchapman@foley.com
FOLEY & LARDNER LLP
555 California St., Suite 1700
San Francisco, CA  94104-1520
Telephone: (415) 434-4484
Facsimile:  (415) 434-4507

Attorneys for Defendant Wal-Mart Stores, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLOR ME MINE ENTERPRISES, INC., a California corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>SOUTHERN STATES MARKETING, INC., a Georgia corporation, et al., | CASE NO.: CV 12-00860 RGK (JCx)<br><br>ORDER RE: STIPULATED PROTECTIVE ORDER WITH MODIFICATION<br><br>Judge:   Hon. R. Gary Klausner |

1

|   |   |
|---|---|
| Defendants. | Discovery Cutoff: None Set<br>Motion Cutoff: None Set<br>Trial Date: None Set |

The Court having considered the parties' Stipulated Protective Order, and finding good cause therefor, the Court hereby GRANTS the parties' Stipulated Protective Order and enters the Protective Order with the following modification: Paragraph 5.2(b) is limited to deposition testimony and does not govern testimony given in other proceedings.

IT IS SO ORDERED this 25th day of September, 2012

_____/s/_____
Hon. Jacqueline Chooljian
United States Magistrate Judge

2

S:\JC\Civil\Color Me Mine, etc. No. CV 12-860\Color Me MineJCProtecive Order.doc