Lewis Anten, Esq., SBN 56459
Ivy Choderker, Esq., SBN 210612
lewisanten@mindspring.com
LEWIS ANTEN, A PROFESSIONAL CORP.
16830 Ventura Boulevard, Suite 236
Encino, California 91436
Telephone:  (818) 501-3535
Facsimile: (818) 501-4138

NOTE: CHANGES MADE BY THE COURT

Attorneys for Defendants
Southern States Marketing, Inc.;
Peachtree Playthings, Inc.;
Peachtree Playthings (HK) Ltd.;
Walgreen Co.; Michaels Stores, Inc.;
Mary Maxim, Inc.;
Hobby Lobby Stores, Inc.; Toys "R" Us, Inc.;
CVS Caremark Corporation; and
Four Seasons General Merchandise, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLOR ME MINE ENTERPRISES, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>SOUTHERN STATES MARKETING, INC., a Georgia corporation, et al.,<br><br>　　　　　Defendants. | CASE NO.: CV 12-00860 RGK (JCx)<br><br>[~~PROPOSED~~] JUDGMENT AS TO DEFENDANT CVS CAREMARK CORPORATION<br><br><u>Trial</u><br>Date:  May 14, 2013<br>Time:  9:00 a.m.<br>Judge:  The Hon. R. Gary Klausner<br>Courtroom:  850 |

1

C:\Temp\notesC7A056\Exhibit B - PROPOSED JUDGMENT CVS CAREMARK.doc

WHEREAS, the Court, in its Order Re: Plaintiff's Motion for Partial Summary Judgment (DE 169); Retail Defendants' Motion for Partial Summary Judgment (DE 160); Defendants Peachtree Playthings HK Ltd, Peachtree Playthings Inc., and Southern States Marketing, Inc.'s Motion for Summary Judgment  (DE 163) (Pacer Docket No. 236) **granted** summary judgment of no monetary recovery and no willfulness in favor Defendants Toys "R" Us, Inc., CVS Caremark Corporation, Mary Maxim, Inc., Four Seasons General Merchandise, Inc., Michaels Stores, Inc. Hobby Lobby Stores, Inc. , Walgreen Co., and Wal-Mart Stores, Inc. (collectively, "Retail Defendants"); and

WHEREAS, CVS Caremark Corporation ("CVS Caremark") never sold any products purchased from Peachtree Playthings, Inc., Peachtree Playthings (HK) Ltd., or Southern States Marketing, Inc. bearing the name "Color Me Mine" or "Mine To Color"; and

WHEREAS the Court entered summary judgment in favor of defendant CVS Caremark as to all claims;

IT IS HEREBY ORDERED as follows:

1. Judgment is entered in favor of CVS Caremark;

2. CVS Caremark is the prevailing party;

3. Plaintiff is not entitled to recovery of  actual damages from CVS Caremark;

2

C:\Temp\notesC7A056\Exhibit B - PROPOSED JUDGMENT CVS CAREMARK.doc

4. Plaintiff is not entitled to recovery of profits from CVS Caremark;

5. Plaintiff's demand for an injunction from CVS Caremark is denied as moot;

6. CVS Caremark are awarded their costs; and

7. CVS Caremark reserves its rights to seek its attorneys' fees pursuant to 15 U.S.C. section1117(a) as the prevailing party, upon appropriate motion filed with the Court within fourteen (14) days of the entry of this Order.

Dated: May 06, 2013                    _____
                                       R.Gary Klausner
                                       U.S. District Court Judge

                                       Respectfully submitted,
                                       LEWIS ANTEN, P.C.

Dated:                                 */s/ Lewis Anten*
                                       LEWIS ANTEN
                                       IVY CHODERKER
                                       Attorneys for Defendant
                                       CVS Caremark Corporation

3

C:\Temp\notesC7A056\Exhibit B - PROPOSED JUDGMENT CVS CAREMARK.doc