Lewis Anten, Esq., SBN 56459
Ivy Choderker, Esq., SBN 210612
lewisanten@mindspring.com
LEWIS ANTEN, A PROFESSIONAL CORP.
16830 Ventura Boulevard, Suite 236
Encino, California 91436
Telephone:  (818) 501-3535
Facsimile:  (818) 501-4138

NOTE: CHANGES MADE BY THE COURT

Attorneys for Defendants
Southern States Marketing, Inc.;
Peachtree Playthings, Inc.;
Peachtree Playthings (HK) Ltd.;
Walgreen Co.; Michaels Stores, Inc.;
Mary Maxim, Inc.;
Hobby Lobby Stores, Inc.; Toys "R" Us, Inc.;
CVS Caremark Corporation; and
Four Seasons General Merchandise, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLOR ME MINE ENTERPRISES, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SOUTHERN STATES MARKETING, INC., a Georgia corporation, et al.,<br><br>　　　　　　Defendants. | CASE NO.: CV 12-00860 RGK (JCx)<br><br>[~~PROPOSED~~] JUDGMENT AS TO DEFENDANT TOYS "R" US, INC.<br><br><u>Trial</u><br>Date:  May 14, 2013<br>Time:  9:00 a.m.<br>Judge:  The Hon. R. Gary Klausner<br>Courtroom:  850 |

1

C:\Temp\notesD30550\Exhibit C - PROPOSED JUDGMENT TOYS R US.doc

1  WHEREAS, the Court, in its Order Re: Plaintiff's Motion for Partial Summary Judgment (DE 169); Retail Defendants' Motion for Partial Summary Judgment (DE 160); Defendants Peachtree Playthings HK Ltd, Peachtree Playthings Inc., and Southern States Marketing, Inc.'s Motion for Summary Judgment (DE 163) (Pacer Docket No. 236) **granted** summary judgment of no monetary recovery and no willfulness in favor Defendants Toys "R" Us, Inc., CVS Caremark Corporation, Mary Maxim, Inc., Four Seasons General Merchandise, Inc., Michaels Stores, Inc. Hobby Lobby Stores, Inc. , Walgreen Co., and Wal-Mart Stores, Inc. (collectively, "Retail Defendants"); and

WHEREAS, Toys "R" Us, Inc. ("Toys R Us") never sold any products purchased from Peachtree Playthings, Inc., Peachtree Playthings (HK) Ltd., or Southern States Marketing, Inc. bearing the name "Color Me Mine" or "Mine To Color"; and

WHEREAS ~~a determination on the validity and infringement of Plaintiff's Service Mark "Color Me Mine," and the granting of an injunction, is moot~~ the Court granted summary judgment in favor of defendant Toys R Us as to all claims;

IT IS HEREBY ORDERED as follows:

1. Judgment is entered in favor of Toys R Us;
2. Toys R Us is the prevailing party;

3. Plaintiff is not entitled to recovery of actual damages from Toys R Us;

4. Plaintiff is not entitled to recovery of profits from Toys R Us;

5. Plaintiff's demand for an injunction from Toys R Us is denied as moot;

6. Toys R Us are awarded their costs; and

7. Toys R Us reserves its rights to seek its attorneys' fees pursuant to 15 U.S.C. section1117(a) as the prevailing party, upon appropriate motion filed with the Court within fourteen (14) days of the entry of this Order.

Dated: May 6, 2013         _____
                           R.Gary Klausner
                           U.S. District Court Judge

                           Respectfully submitted,
                           LEWIS ANTEN, P.C.

Dated:                     */s/ Lewis Anten*
                           LEWIS ANTEN
                           IVY CHODERKER
                           Attorneys for Defendant
                           Toys R Us